COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ex parte Shawn Paul Robinson

Appellate case number:    01-22-00583-CR

Trial court case number:   1751891

Trial court:                        351st District Court of Harris County

Appellant, through counsel, filed a notice of appeal from the trial court's order denying his application for writ of habeas corpus. The complete appellate record has been filed with this Court. After a review of the appellate record, on August 18, 2022, the Court ordered the parties to submit briefing. *See* TEX. R. APP. P. 31.1. The Court's order set a deadline for appellant to file his brief on or before September 7, 2022. However, no brief was filed. Accordingly, on September 20, 2022, the Court notified appellant unless he filed his brief within ten days of the Court's notice, the appeal would be abated and the trial court would be directed to conduct a hearing to determine the reason for the failure to timely file a brief.

Appellant did not file a brief in response to the Court's September 20, 2022 notice. Accordingly, on October 6, 2022, the Court abated the appeal and remanded for the trial court to conduct a hearing regarding the failure to file a brief. On October 7, 2022, the Honorable Natalia Cornelio, the presiding judge of the 351st District Court, filed a letter with the Clerk of this Court, notifying the Court that the hearing required by our October 6, 2022 order was scheduled to occur on October 13, 2022.

On October 12, 2022, appellant's appointed counsel filed his appellant's brief, as well as a "Motion to Accept Late-Filed Brief with Apologies and to Reinstate Appeal." In the motion, appellant requests that the brief filed on October 12, 2022 be accepted by the Court, and that the Court reinstate the appeal on the active docket.

Appellant's motion is **granted**. The case is **reinstated** on the Court's active docket, appellant's brief is deemed filed as of the date of filing, October 12, 2022. Because appellant has filed his appellant's brief, the hearing directed in our October 6, 2022 order is no longer necessary. The trial court clerk and court reporter are no longer required to file the supplemental clerk's record and reporter's record, respectively, as required by our October 6, 2022 order.

Further, the State's brief is due within **twenty days** from the filing of appellant's brief, on or before November 1, 2022.

It is so **ORDERED**.


Judge's signature: ____/s/ Amparo Guerra_____
                          ☑ Acting individually     ☐ Acting for the Court

Date: __October 18, 2022_____